FILED
March 19, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:15-CR-00058-MCE-2
         Plaintiff,                 )
                                    )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
TABITHA LOREAN VALDEZ,              )
                                    )
         Defendant.                 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TABITHA LOREAN VALDEZ, Case No. 2:15-CR-00058-MCE-2, Charge Title 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ✔ (Other)    With pretrial supervision and conditions of release as stated on the record in open court. Defendant ordered released at 9:00 am on 3/20/15 to the custody of Pretrial Services, then transported to The Effort.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 19, 2015  at  1:15  pm  .

By  _____
    Dale A. Drozd
    United States Magistrate Judge