HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TABITHA VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-058 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| TABITHA VALDEZ, et al., | ) ) | Date: October 1, 2015 Time: 9:00 a.m. |
| Defendants. | ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Tabitha Valdez, and David Santiago Valdez, by and through his counsel Candace Fry that the status conference set for October 1, 2015, be continued to December 3, 2015, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 3, 2015;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

     Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

                                         Respectfully submitted,

DATED: September 29, 2015      HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Matthew C. Bockmon*
                                             MATTHEW C. BOCKMON
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             TABITHA VALDEZ

DATED: September 29, 2015      */s/ Candace Fry*
                                             CANDACE FRY
                                             Attorney for Defendant
                                             DAVID SANTIAGO VALDEZ

DATED: September 29, 2015      BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Jill Thomas*
                                             JILL THOMAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for December 3, 2015, at 9:00 a.m. The Court orders the time from the date of the parties' stipulation, up to and including December 3, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.
Dated: September 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT