| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant |
| | TABITHA VALDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-000058-2 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **REQUEST TO REPLACE EXHIBIT A OF** |
| vs. | ) **THE DEFENDANT'S SENTENCING** |
| | ) **MEMORANDUM; ORDER** |
| TABITHA VALDEZ, | ) Date: July 19, 2018 |
| | ) Time: 10 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |
| | ) |

On July 13, 2018, defense counsel filed a sentencing memorandum including Exhibits A through C. Exhibit "A" currently includes a small amount of personal identifying information that should have been redacted. Defense counsel thus requests that Exhibit "A," at Court Record 118, be replaced with the Amended Exhibit "A" attached hereto.

DATED: July 13, 2018                                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                        */s/ Hannah R. Labaree*
                                                        HANNAH R. LABAREE
                                                        Assistant Federal Defender
                                                        Attorneys for Tabitha Valdez

-1-

ORDER

Good cause having been shown, it is hereby ordered that Exhibit "A" filed at ECF No. 118-1 shall be SEALED. The Court will consider instead the Amended Exhibit "A" filed at ECF No. 119-1.

IT IS SO ORDERED.

Dated: July 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE