HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TABITHA VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-CR-000058-2 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **UNOPPOSED REQUEST FOR BRIEFING SCHEDULE; ORDER** |
| vs. | ) ) | |
| TABITHA VALDEZ, | ) ) | |
| Defendant. | ) ) ) | |

Ms. Tabitha Valdez, through counsel, Assistant Federal Defender Hannah Rose Labaree, requests that this Court impose the following briefing schedule in the above-captioned case: Counsel for the government has indicated she has no objection.

| Defense Motion for Compassionate Release: | October 22, 2020 |
|---|---|
| Government Opposition/Non-opposition: | November 5, 2020 |
| Optional Defense Reply: | November 12, 2020 |

///

///

///

Unopposed Request for Briefing Schedule; Order     -1-

DATED: October 22, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorneys for Tabitha Valdez

**ORDER**

The proposed briefing schedule set forth above is hereby ADOPTED.

IT IS SO ORDERED.

DATED: OCTOBER 26, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Unopposed Request for Briefing Schedule;
Order

-2-