HEATHER E. WILLIAMS, Bar No. #122664
Federal Defender
HANNAH R. LABAREE, Bar No. #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:     (916) 498-6656
Email: Hannah_labaree@fd.org

Attorneys for Defendant-Movant
TABITHA LOREAN VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No: 2:15-cr-58 MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST TO REMOVE EXHIBITS FROM THE COURT DOCKET AND ORDER |
| TABITHA LOREAN VALDEZ | ) | |
| Defendant. | ) | |

On October 22, 2020, we filed a Motion to Reduce Sentence along with Exhibits A through O, Clerks Docket #126. We were notified by the Court the Exhibit C was not redacted correctly. We request that the Exhibits to the Motion to Reduce Sentence be removed from the docket and request that a corrected copy of the Exhibits and a redacted Exhibit "C" be filed.

DATED: October 26, 2020                    Respectfully submitted,
                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Hannah R. Labaree*
                                           Hannah R. Labaree
                                           Assistant Federal Defender

                                           Attorneys for Defendant-Movant
                                           TABITHA LOREAN VALDEZ

1

1 | IT IS HEREBY ORDERED that the exhibits filed on October 22, 2020 be removed from the Clerk's Docket #126 for case number 2:15-cr-00058-MCE and redacted exhibits be filed with the Court.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE