HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
TABITHA VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00058-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND MOTION DEADLINE |
| TABITHA VALDEZ | |
| Defendant. | Judge: Hon. Morrison C. England |

Defense requests that the deadline for the compassionate release motion pertaining to defendant Tabitha Valdez be extended from November 12, 2020 to November 13, 2020. Assistant United States Attorney Owen Roth has no objection.

Dated:  November 13, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
TABITHA VALDEZ

1

2

<u>ORDER</u>

3        The Court, having received, read, and considered the stipulation of the parties, and good

4  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

5  that the failure to grant a continuance in this case would deny defense counsel reasonable time

6  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

7  finds the ends of justice served by granting the continuance outweigh the best interests of the

8  public and defendant in a speedy trial.

9        The Court orders the November 12, 2020 deadline extended to November 13, 2020.

10       IT IS SO ORDERED.

11

12  Dated:  November 13, 2020

13

14  _____
    MORRISON C. ENGLAND, JR.
15  SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28