HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
TABITHA LOREAN VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-cr-00058-MCE-2 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO FILE DEFENDANT'S EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE |
| TABITHA LOREAN VALDEZ, | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal Exhibit F, G, H, K and to Tabitha Lorean Valdez's Motion for Compassionate Release be GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel. These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.
Dated:  June 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order to Seal Documents                    -1-